

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

October 27, 2022

Hon. Pamela Chen
United States Courthouse
225 Cadman Plaza
Brooklyn, NY 10007
TO BE FILED UNDER SEAL

Re: <u>United States v. Bush, et al.</u>
19 Crim. 378 (PKC)

Dear Judge Chen:

      We are the attorneys for the above-named defendant Yonette Repass (true name Davis), a defendant charged in the above indictment. As per the Court's request, I am writing to inform the Court that we will not be filing motions in this matter and that Ms. Respass an I will not be attending tomorrow's conference.

      We consent to the exclusion of time under the Speedy Trial Act until the next scheduled conference.

Very truly yours,
/s/
Isabelle Kirshner